UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph Edward Little,   Case No. 10-65004
Kathryn Darlene Little,   Chapter 7
　　　　　　　　　　　　　　Honorable Walter Shapero

　　　　Debtors.
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

**TO THE CLERK OF THE COURT:**

　　　The attached check in the amount of $4.35 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| FMCI Mass Market<br>PO Box 3243<br>Bloomington, IL 61702 | 7 | $4.35 |

Date: September 8, 2011  　　　/s/ CHARLES J. TAUNT
　　　　　　　　　　　　　　　　CHARLES J. TAUNT, Trustee
　　　　　　　　　　　　　　　　700 East Maple Road
　　　　　　　　　　　　　　　　2nd Floor
　　　　　　　　　　　　　　　　Birmingham, MI  48009
　　　　　　　　　　　　　　　　(248) 647-1127